

FILED
JAN -7 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:26 CR 0 0 0 1 5 |
| | ) | Title 18, United States Code, |
| JEMAL K. LONG, | ) | Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) | JUDGE NUGENT |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about November 1, 2025, in the Northern District of Ohio, Eastern Division, Defendant JEMAL K. LONG, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Robbery with a Firearm Specification and Felonious Assault, on or about December 15, 2020, in Case Number CR-20-648214, in Cuyahoga County Court of Common Pleas; Attempted Felonious Assault on or about December 15, 2020, in Case Number CR-19-646750, in Cuyahoga County Court of Common Pleas; Burglary, on or about January 23, 2012, in Case Number CR-12-567349, in Cuyahoga County Court of Common Pleas; Burglary, on or about March 28, 2011, in Case Number CR-10-533733, in Cuyahoga County Court of Common Pleas; Burglary, on or about January 21, 2009, in Case Number CR-08-517052, in Cuyahoga County Court of Common Pleas; Burglary, on or about May 3, 2007, in Case Number CR-06-489799, in Cuyahoga County Court of Common

Pleas, knowingly possessed firearms, to wit: a Sig Sauer P320, model MP9, 9mm pistol, serial number 58C002872, and a Sig Sauer P320, model MP9, 9mm pistol, serial number 58J080196 said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant JEMAL K. LONG shall forfeit to the United States all firearms and ammunition involved or used in the commission of the federal firearm violation charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.